**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Dario VALADEZ–GARCIA,**
**Defendant–Appellant.**

No. 09–40822
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 19, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Dario Valadez–Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Valadez–Garcia has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2 (providing for dismissal of unmeritorious appeals).

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be